AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Briana Yvonne Romero | Case Number: 19-cr-02569-WVG |
| | Jason T. Conforti |
| | Defendant's Attorney |

**REGISTRATION NO.** 85893298

☐ _

The Defendant:

☒ pleaded guilty to count(s)   Counts 3 and 4 Superseding Information

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325 | Accessory After the Fact (Misdemeanor) | 3 |
| 8 USC 1325 | Accessory After the Fact (Misdemeanor) | 4 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  1 and 2 of the Underlying and Superseding Information   are   dismissed on the motion of the United States.

☒ Assessment : $10 Per Count

_

☒ See fine page   ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 7, 2021
Date of Imposition of Sentence

HON. William V. Gallo
UNITED STATES DISTRICT JUDGE

19-cr-02569-WVG

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

DEFENDANT: Briana Yvonne Romero
CASE NUMBER: 19-cr-02569-WVG

Judgment - Page **2** of 2

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
Time Served

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ P.M. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ on or before
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

19-cr-02569-WVG

AO 245S    Judgment in Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: Briana Yvonne Romero  
CASE NUMBER: 19-cr-02569-WVG

Judgment — Page 3 of 3

# FINE

The defendant shall pay a fine in the amount of $1000 unto the United States of America.

This sum shall be paid ___ immediately.  
                 **x** as follows:

Pay a fine in the amount of $1,000 through the Clerk, U. S. District Court. The defendant shall pay the fine over a period of 12 Months in monthly installments of at least $83.33. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time. Until fine has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant **does not** have the ability to pay interest. It is ordered that:

**x** The interest requirement is waived.

___ The interest is modified as follows:

19-cr-02569-WVG